IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:23-CR-46 (MTT) |
| | ) |
| XZAVIOUS DAVIS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

The defendant, by and through his counsel, has moved to continue this case until the next trial term. Doc. 37. The defendant, along with co-defendant Keeon Culp, was indicted on September 12, 2023. Doc. 1. Defendant Xzavious Davis had his arraignment in this Court on September 29, 2023. Doc. 25. One prior continuance has been granted. Doc. 34. Co-defendant Keeon Culp is presently scheduled to enter a change of plea on December 21, 2023. The defendant, by and through his counsel, now moves the Court to continue this case to the next trial term to allow defense counsel additional time to review a recent plea offer with the defendant. Doc. 37 ¶ 4. The government does not oppose the motion. *Id.* ¶ 5.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants to a speedy trial. Accordingly, the motion (Doc. 37) is **GRANTED**. The case is continued from the January term until the Court's next trial term presently scheduled for **March 11, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq.*

**SO ORDERED**, this 12th day of December, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT