IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )  CASE NO. 5:23-CR-46 (MTT) |
| | ) |
| **XZAVIOUS DAVIS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ORDER

The government has moved to continue this case until the next trial term. Doc. 56. The defendant, along with co-defendant Keeon Culp, was indicted on September 12, 2023. Doc. 1. Defendant Xzavious Davis had his arraignment in this Court on September 29, 2023. Doc. 25. Two prior continuances have been granted. Docs. 34; 38. Co-defendant Keeon Culp entered a change of plea on February 12, 2024. Doc. 51. The government now moves the Court to continue this case to the next appropriate trial term due to defense counsel's medical leave of absence which currently lasts through April 16, 2024. Doc. 56 ¶ 4. Due to defense counsel's leave of absence, she has been unavailable for consultation regarding this motion. *Id.* ¶ 5. The defendant does not oppose the government's motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 56) is **GRANTED**. The case is continued from the March term until the Court's trial term scheduled for **July 22, 2024**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 21st day of February, 2024.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT